# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   IDA ALASHE                                         Case No.: 09-20784

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/08/2009.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 07/27/2009.

6) Number of months from filing to the last payment: 0

7) Number of months case was pending: 4

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: NA

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  | |
|---|---|
| Total paid by or on behalf of the debtor | $_____.00 |
| Less amount refunded to debtor | $_____.00 |
| **NET RECEIPTS** | $_____.00 |

**Expenses of Administration:**

|  | |
|---|---|
| Attorney's Fees Paid through the Plan | $_____.00 |
| Court Costs | $_____.00 |
| Trustee Expenses and Compensation | $_____.00 |
| Other | $_____.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $_____.00 |
| Attorney fees paid and disclosed by debtor | $_____.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ROUNDUP FUNDING LLC | UNSECURED | NA | 1,035.00 | 1,035.00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 4,243.88 | 4,243.88 | .00 | .00 |
| RIVERWOOD CONDO ASSO | SECURED | 13,000.00 | .00 | .00 | .00 | .00 |
| 130 PROPERTIES | SECURED | 34,000.00 | .00 | .00 | .00 | .00 |
| TRITON COLLEGE | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 2,436.46 | NA | NA | .00 | .00 |
| US BANK NATIONAL ASS | UNSECURED | 1,221.94 | NA | NA | .00 | .00 |
| US BANK NATIONAL ASS | UNSECURED | 1,221.94 | NA | NA | .00 | .00 |
| AT & T | UNSECURED | 2,565.36 | NA | NA | .00 | .00 |
| AT & T | UNSECURED | 4,314.10 | NA | NA | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | 634.00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 244.08 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 1,239.33 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,244.08 | 2,478.42 | 2,478.42 | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | 750.00 | NA | NA | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 849.13 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 1,581.24 | NA | NA | .00 | .00 |
| CARSONS | UNSECURED | 1,699.55 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 1,581.24 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 2,246.05 | NA | NA | .00 | .00 |
| WFNNB CHADWICKS | UNSECURED | 1,118.80 | NA | NA | .00 | .00 |
| AMERICAN GENERAL | UNSECURED | 1,244.08 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PROVIDIAN NATIONAL | UNSECURED | 1,052.79 | NA | NA | .00 | .00 |
| WFNNB DRESS BARN | UNSECURED | 2,049.05 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1,939.71 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 1,946.35 | NA | NA | .00 | .00 |
| AMERICAN GENERAL | UNSECURED | 1,239.33 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 27,742.00 | 1,555.95 | 1,555.95 | .00 | .00 |
| BALLY TOTAL FITNESS | UNSECURED | 1,044.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 3,600.00 | 18,224.87 | 18,224.87 | .00 | .00 |
| BENEFICIAL CREDIT SE | UNSECURED | 3,600.00 | NA | NA | .00 | .00 |
| BENEFICIAL CREDIT SE | UNSECURED | 3,600.00 | NA | NA | .00 | .00 |
| BERGER STORES | UNSECURED | 2,700.00 | NA | NA | .00 | .00 |
| BEST BANK | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| BEST BUY | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| BEST BUY | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| BEST BUY | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| BEST BUY | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | 1,699.55 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2,866.53 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 9,030.16 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,600.00 | NA | NA | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| THE CHILDRENS PLACE | UNSECURED | 53.00 | NA | NA | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | 1,100.00 | NA | NA | .00 | .00 |
| CASHNET USA | UNSECURED | 231.00 | NA | NA | .00 | .00 |
| CERTEGY | UNSECURED | 32.00 | NA | NA | .00 | .00 |
| CERTEGY | UNSECURED | 32.00 | NA | NA | .00 | .00 |
| CERTEGY | UNSECURED | 1,450.00 | NA | NA | .00 | .00 |
| CHECK SYSTEMS | UNSECURED | 48.08 | NA | NA | .00 | .00 |
| CHILDRENS MEMORIAL H | UNSECURED | 766.00 | NA | NA | .00 | .00 |
| CHILDRENS MEMORIAL H | UNSECURED | 233.00 | NA | NA | .00 | .00 |
| CHILDRENS MEMORIAL H | UNSECURED | 461.65 | NA | NA | .00 | .00 |
| CHILDRENS MEMORIAL H | UNSECURED | 1,700.00 | NA | NA | .00 | .00 |
| CITIBANK/PLUS SIZES | UNSECURED | 2,246.05 | NA | NA | .00 | .00 |
| CITIBANK NA | UNSECURED | 6,160.00 | NA | NA | .00 | .00 |
| CITIBANK NA | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| CITIBANK USA | UNSECURED | 1,946.35 | NA | NA | .00 | .00 |
| FINANCIAL CREDIT | UNSECURED | 3,000.00 | NA | NA | .00 | .00 |
| WILLIAM GREY COMPANY | UNSECURED | 2,000.00 | NA | NA | .00 | .00 |
| ANNIE MCCLOUD | UNSECURED | 4,000.00 | NA | NA | .00 | .00 |
| MCI COMMUNICATIONS | UNSECURED | 1,821.35 | NA | NA | .00 | .00 |
| HARVARD COLLECTION S | UNSECURED | 4,800.00 | NA | NA | .00 | .00 |
| COLLINS FINANCIAL SE | UNSECURED | 2,115.13 | NA | NA | .00 | .00 |
| COLLINS FINANCIAL SE | UNSECURED | 571.94 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| COLLINS FINANCIAL SE | UNSECURED | 256.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 3,400.00 | NA | NA | .00 | .00 |
| CONSERVE | UNSECURED | 3,231.19 | NA | NA | .00 | .00 |
| CORPORATE | UNSECURED | 157.00 | NA | NA | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | 650.00 | NA | NA | .00 | .00 |
| CREDIT SOLUTIONS | UNSECURED | 3,600.00 | NA | NA | .00 | .00 |
| DEBT CREDIT SERVICES | UNSECURED | 4,314.10 | NA | NA | .00 | .00 |
| DEBT CREDIT SERVICES | UNSECURED | 2,565.36 | NA | NA | .00 | .00 |
| DJ ORTHOPEDICS | UNSECURED | 333.00 | NA | NA | .00 | .00 |
| DOMINOS PIZZA | UNSECURED | 29.00 | NA | NA | .00 | .00 |
| DILLARDS | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| DOMINOS PIZZA | UNSECURED | 28.00 | NA | NA | .00 | .00 |
| ELAN FINANCIAL | UNSECURED | 1,221.94 | NA | NA | .00 | .00 |
| ENTERPRISE CAR RENTA | UNSECURED | 365.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 1,939.71 | NA | NA | .00 | .00 |
| DB STRUCTURE PRODUCT | UNSECURED | 9,553.31 | NA | NA | .00 | .00 |
| ELITE RECOVERY | UNSECURED | 342.20 | NA | NA | .00 | .00 |
| AFNI | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 1,016.42 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 3,582.77 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 2,200.00 | NA | NA | .00 | .00 |
| FIRST BANK MORTGAGE | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| FIRST BANK MORTGAGE | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 1,581.24 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 849.13 | NA | NA | .00 | .00 |
| FIRST WISCONSIN NATI | UNSECURED | 4,000.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | 7,506.00 | NA | NA | .00 | .00 |
| F & W LIC | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| GEORGE WATTSON | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| GREATER ILLINOIS TIT | UNSECURED | 22,830.84 | NA | NA | .00 | .00 |
| GROOTAMENT MANAGEMEN | UNSECURED | 2,200.00 | NA | NA | .00 | .00 |
| HELLER & FRISONE | UNSECURED | 196.00 | NA | NA | .00 | .00 |
| HOME DEPOT | UNSECURED | 5,300.00 | NA | NA | .00 | .00 |
| HIXONS APPAREL | UNSECURED | 1,900.00 | NA | NA | .00 | .00 |
| HARVARD COLLECTION S | UNSECURED | 2,100.00 | NA | NA | .00 | .00 |
| HERTZ CAR RENTAL | UNSECURED | 520.00 | NA | NA | .00 | .00 |
| BENEFICIAL ILLINOIS | UNSECURED | 3,600.00 | NA | NA | .00 | .00 |
| HUDSON UNITED BANK | UNSECURED | 1,939.71 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 330.00 | NA | NA | .00 | .00 |
| ILLIANA FINANCIAL CR | UNSECURED | 1,189.97 | NA | NA | .00 | .00 |
| IL DEPT OF HUMAN SER | UNSECURED | 1,153.41 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 100.20 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ICE MOUNTAIN | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| ILLINOIS POWER COMPA | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| INGALLS HOSPITAL | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| KAVITZ SHIFRIN & NES | UNSECURED | 4,553.31 | NA | NA | .00 | .00 |
| LTD FINANCIAL SERVIC | UNSECURED | 391.69 | NA | NA | .00 | .00 |
| LANE BRYANT | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| LANE BRYANT | UNSECURED | 603.00 | NA | NA | .00 | .00 |
| LASALLE BANK | UNSECURED | 2,300.00 | NA | NA | .00 | .00 |
| LASALLE BANK | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| LASALLE BANK | UNSECURED | 2,000.00 | NA | NA | .00 | .00 |
| MITCHELL K LAW OFFIC | UNSECURED | 16,829.63 | NA | NA | .00 | .00 |
| LEWIS UNIVERSITY | UNSECURED | 3,000.00 | NA | NA | .00 | .00 |
| LINCOLN PARK HOSPITA | UNSECURED | 2,349.00 | NA | NA | .00 | .00 |
| LINCOLN PARK HOSPITA | UNSECURED | 497.80 | NA | NA | .00 | .00 |
| LINCOLN PARK HOSPITA | UNSECURED | 4,830.44 | NA | NA | .00 | .00 |
| LINCOLN PARK HOSPITA | UNSECURED | 966.50 | NA | NA | .00 | .00 |
| LINCOLN PARK HOSPITA | UNSECURED | 3,513.00 | NA | NA | .00 | .00 |
| LINCOLN PARK HOSPITA | UNSECURED | 59.75 | NA | NA | .00 | .00 |
| LINCOLN PARK HOSPITA | UNSECURED | 4,830.44 | NA | NA | .00 | .00 |
| LINCOLN PARK HOSPITA | UNSECURED | 455.00 | NA | NA | .00 | .00 |
| LINCOLN PARK HOSPITA | UNSECURED | 489.25 | NA | NA | .00 | .00 |
| LINCOLN PARK HOSPITA | UNSECURED | 2,174.70 | NA | NA | .00 | .00 |
| LITTON LOAN SERVICIN | UNSECURED | 230,000.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 230,000.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 140,000.00 | NA | NA | .00 | .00 |
| LORD & TAYLOR | UNSECURED | 95.00 | NA | NA | .00 | .00 |
| LOU HARRIS COMPANY | UNSECURED | 319.00 | NA | NA | .00 | .00 |
| MCI | UNSECURED | 2,804.17 | NA | NA | .00 | .00 |
| MEDICAL COLLECTIONS | UNSECURED | 241.00 | NA | NA | .00 | .00 |
| MACYS | UNSECURED | 263.68 | NA | NA | .00 | .00 |
| BANK MEDICAL | UNSECURED | 177.00 | NA | NA | .00 | .00 |
| MEDICAL | UNSECURED | 177.00 | NA | NA | .00 | .00 |
| MEDICAL RECOVERY SPE | UNSECURED | 208.50 | NA | NA | .00 | .00 |
| LINCOLN PARK HOSPITA | UNSECURED | 2,700.00 | NA | NA | .00 | .00 |
| MIMIT PC | UNSECURED | 319.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 9,030.16 | NA | NA | .00 | .00 |
| MEDICAL COLLECTIONS | UNSECURED | 107.30 | NA | NA | .00 | .00 |
| ANNIE MCCLOUD | UNSECURED | 4,600.00 | NA | NA | .00 | .00 |
| MCHENRY LABORATORY S | UNSECURED | 6,000.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 2,866.53 | NA | NA | .00 | .00 |
| NCO FINANCIAL | UNSECURED | 263.68 | NA | NA | .00 | .00 |
| NCO MEDCLR | UNSECURED | 177.00 | NA | NA | .00 | .00 |
| NCO MEDCLR | UNSECURED | 177.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NCO FINANCIAL SYSTEM | UNSECURED | 416.74 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 377.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 7,506.68 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 6,430.58 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 377.00 | NA | NA | .00 | .00 |
| NCO FIN/99 | UNSECURED | 254.00 | NA | NA | .00 | .00 |
| NCO MEDCLR | UNSECURED | 370.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 34.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 34.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 717.20 | NA | NA | .00 | .00 |
| CITY OF CHICAGO WATE | UNSECURED | 1,223.57 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 3,000.00 | 764.40 | 764.40 | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 36.70 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 270.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 34.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 274.00 | NA | NA | .00 | .00 |
| MERCHANT & MEDICAL | UNSECURED | 661.00 | NA | NA | .00 | .00 |
| DEBT RECOVERY SOLUTI | UNSECURED | 606.06 | NA | NA | .00 | .00 |
| CALUMET CITY FIRE DE | UNSECURED | 516.35 | NA | NA | .00 | .00 |
| NORWEGIAN AMERICAN H | UNSECURED | 393.00 | NA | NA | .00 | .00 |
| BAILEY BANKS & BIDDL | UNSECURED | 2,300.00 | NA | NA | .00 | .00 |
| WACHOVIA BANK NA | UNSECURED | 13,000.00 | NA | NA | .00 | .00 |
| AMOCO BP | UNSECURED | 14,000.00 | NA | NA | .00 | .00 |
| GARY WHEATON BANK | UNSECURED | 4,000.00 | NA | NA | .00 | .00 |
| VILLAGE OF ELK GROVE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF DOLTON | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF DOLTON | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF SOUTH HOL | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| VILLAGE OF SOUTH HOL | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 9,567.98 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NORTHWESTERN MEMORIA | UNSECURED | 1,721.27 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 9,841.90 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 4,767.36 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 415.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 2,713.95 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 925.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 18,784.54 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 355.14 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 17,124.09 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 231.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 205.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 67.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 49.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 531.00 | NA | NA | .00 | .00 |
| 130 PROPERTIES | SECURED | .00 | .00 | 100.00 | .00 | .00 |
| RIVERWOOD CONDO ASSO | SECURED | .00 | .00 | 50.00 | .00 | .00 |
| MOBIL | UNSECURED | .00 | 525.00 | 525.00 | .00 | .00 |
| CALVARY PORTFOLIO SE | UNSECURED | NA | 525.00 | 525.00 | .00 | .00 |
| MMCC | UNSECURED | .00 | 661.00 | 661.00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 150.00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 150.00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 30,013.52 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | .00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | .00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   10/15/2009                    /s/ Tom  Vaughn
                                       Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**